**2922 SHERMAN AVENUE TENANTS' ASSOCIATION, et al., Appellees,**

v.

**Andrew J. SERAFIN, et al., Appellees,**

**Randy McRae, Appellant.**

No. 01–7105.

United States Court of Appeals, District of Columbia Circuit.

June 10, 2002.

Before RANDOLPH, TATEL, and GARLAND, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED and ADJUDGED that the district court's judgment be affirmed. Appellant's third party complaint was not so related to the federal cause of action that it forms the same case or controversy. *See* 28 U.S.C. § 1367; *United Mine Workers v. Gibbs,* 383 U.S. 715, 725, 86 S.Ct. 1130, 16 L.Ed.2d 218 (1966).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.